COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE    DATE: 12/20/06
❒ BOND HEARING
❒ DETENTION HEARING    DIGITAL Recording : 1:40 - 1:53
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

PRESIDING MAG. JUDGE: WALLACE CAPEL, JR.    DEPUTY CLERK: Wanda Robinson
CASE NO: 3:06cr297-MHT    DEFENDANT NAME: Loyd Frank Lawing, Jr.
AUSA: Verne Speirs    DEFT. ATTY: Donnie Bethel
Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (x) FPD

PTSO: Sandra Wood    USPO: _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present (√) NO; ( ) YES    Name:

| | |
|---|---|
| √ | Date of Arrest 12/20/06 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. Prob/Sup Rel Violator |
| ❒ | Deft First Appearance with Counsel |
| ❒ | Deft. First Appearance without Counsel |
| ❒ | Requests appointed Counsel |
| √ | Financial Affidavit executed (ONLY TO BE USED FOR PURPOSES OF APPT COUNSEL) √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | BOND EXECUTED (M/D AL charges) $. 25,000 |
| ❒ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ❒ Set for |
| ❒ | DISCOVERY DISCLOSURE DATE: 12/29/06 |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| √ | CRIMINAL TERM: 6/4/07    Pretrial: 5/14/07 |