IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr297-MHT |
| | ) | |
| LOYD FRANK LAWING, JR. | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, Loyd Frank Lawing, Jr., in the above-styled case.

Dated this 9th day of January 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   Case No.: 3:06cr297-MHT |
| | ) |
| **LOYD FRANK LAWING, JR.** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christopher A. Snyder, AUSA.

          Respectfully submitted,

          s/ Donnie W. Bethel
          DONNIE W. BETHEL
          Assistant Federal Defender
          201 Monroe Street, Suite 407
          Montgomery, Alabama 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          E-mail: don_bethel@fd.org
          IN Bar Code: 14773-49