# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 3:06cr297-MHT |
| ) | |
| **LOYD FRANK LAWING, JR.** ) | |

### DEFENDANT'S MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **LOYD FRANK LAWING, JR.**, through his undersigned counsel, Donnie W. Bethel, and pursuant to 18 U.S.C. §§ 3161(h)(1)(I) and (h)(8)B)(I), moves this Court to continue the trial in this matter. In support of this Motion, Defendant would show the following:

1. The discovery in this case is voluminous; the initial disclosure included more than 3,700 pages of documents. Assistant United States Attorney (AUSA) Christopher Snyder only recently came into possession of more than 3,000 pages of additional discovery, which he promptly made available to Mr. Lawing on May 4, 2007.

2. Undersigned Counsel will be out of the Federal Defender's Office from May 15th to 18th on military Reserve duty, and will be in Miami, Florida, for the annual Advanced Federal Defender Seminar from May 29th to June 1st.

3. As a result of the voluminous discovery in this case and Undersigned Counsel's travel schedule, Mr. Lawing will not be adequately prepared to proceed to trial on June 4, 2007.

4. AUSA Christopher Snyder does not oppose this motion.

**WHEREFORE**, for the foregoing reasons, Mr. Lawing respectfully requests that the Court continue this case from the presently scheduled trial term of June 4, 2007.

Dated this 7th day of May, 2007

Respectfully submitted,

DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 3:06cr297-MHT** |
| ) | |
| **LOYD FRANK LAWING, JR.** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christopher A. Snyder, AUSA.

Respectfully submitted,

DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49