## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr297-MHT |
| | ) | |
| LOYD FRANK LAWING, JR. | ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, **LOYD FRANK LAWING, JR.**, through his Undersigned Counsel, Donnie W. Bethel,  and moves this Court to continue the sentencing hearing in this matter until sometime after January 1, 2008.  In support of this Motion, Mr. Lawing would show the following:

1.      The sentencing hearing in this case is now set for Nov 13, 2007.

2.      Due to the complexity of this case, neither of the parties have yet filed their objections to the Presentence Investigation Report (PSR).  Both parties plan to file objections to the PSR, and both parties believe it is likely there will remain unresolved objections that this Court will have to rule upon at the sentencing hearing.

3.      Mr. Lawing's son is an enlisted infantryman now serving in Iraq, whom Mr. Lawing has not seen since 2006.  His son will return home in early December, and Mr. Lawing would like the opportunity to spend the Christmas holidays with his son before he is sentenced.

4.      Assistant United States Attorney (AUSA) Christopher Snyder does not oppose

this motion.

5.    Further, both parties expect to call multiple witnesses at the sentencing hearing and expect the hearing to take from half a day to one day to complete.  Therefore, if this Court grant's Mr. Lawing's Motion, the parties jointly request that the sentencing hearing be set on a day where this hearing will be the only sentencing hearing scheduled.

**WHEREFORE**, for the foregoing reasons, Mr. Lawing respectfully requests that the Court continue the sentencing hearing in this case from the presently scheduled date of November 13, 2007, until after January 1, 2008.

Dated this 31st day of October, 2007

Respectfully submitted,

DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:06cr297-MHT** |
| | ) | |
| **LOYD FRANK LAWING, JR.** | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 31, 2007,  I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to Christopher

A. Snyder, AUSA.


                       Respectfully submitted,


                       DONNIE W. BETHEL
                       Assistant Federal Defender
                       201 Monroe Street, Suite 407
                       Montgomery, Alabama 36104
                       Phone: (334) 834-2099
                       Fax: (334) 834-0353
                       E-mail:don_bethel@fd.org
                       IN Bar Code: 14773-49