IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 3:06cr297-MHT |
| **LOYD FRANK LAWING, JR.** ) | |

## ORDER

It is ORDERED as follows:

(1) Defendant Loyd Frank Lawing, Jr.'s motion to continue sentencing (Doc. No. 24) is granted.

(2) Sentencing for defendant Lawing, now set for November 13, 2007, is reset for January 24, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 2nd day of November, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**