IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CRIMINAL ACTION NO. |
| ) | 3:06cr297-MHT |
| LOYD FRANK LAWING, JR.    ) | |

## ORDER

Based upon the representations made in open court on January 11, 2008, it is ORDERED as follows:

(1) Defendant Loyd Frank Lawing, Jr.'s second motion to continue sentencing (Doc. No. 26) is granted.

(2) Sentencing for defendant Lawing, now set for for January 24, 2008, is reset for February 1, 2008, at 9:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 14th day of January, 2008.

                               /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE