**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO. 3:06-cr-00297-MHT-WC |
| **LOYD FRANK LAWING, JR.** | ) ) ) | |

**United States's Motion for Reduction of Offense
Level for Acceptance of Responsibility**

The United States moves this Court to reduce Loyd Frank Lawing, Jr.'s offense level by one level based on Lawing's acceptance of responsibility. As grounds for this Motion, the United States notes:

1. On or about August 6, 2007–approximately one month and two weeks prior to trial–Lawing pleaded guilty to charges contained in the Indictment in this case.

2. This was sufficiently early to permit the Government to avoid preparing for trial and to allocate its resources efficiently.

3. Therefore, under United States Sentencing Guidelines § 3E1.1(b), the United States makes this formal request for a one-level reduction in Lawing's offense level for acceptance of responsibility so that he may receive a total reduction of three levels for acceptance of responsibility.

Respectfully submitted this the 31st day of January, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Donnie Bethel.

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney